United States District Court
Southern District of Texas
**ENTERED**
October 11, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA SOUTHALL-SHAW, *et al*, | § § § | |
| Appellants, | § | |
| VS. | § § | CIVIL ACTION NO. 4:17-CV-2181 |
| HSBC MORTGAGE SERVICES, INC., *et al*, | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiffs' Motion for Leave to Appeal (Doc. #2), and Defendants' Response (Doc. #6). As the Court finds no justification to allow Plaintiffs leave to appeal a non-final order from the bankruptcy court, Plaintiffs' Motion (Doc. #2) is DENIED.

This appeal is HEREBY DISMISSED.

It is so ORDERED.

_____OCT 1 0 2017_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge